

**MEMO ENDORSED**

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile:  (212) 943-9082

**Lillianna R. Iorfino**
Associate
liorfino@vandallp.com

June 12, 2025

<u>VIA ECF</u>

Hon. Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007

   Re: ***Trustees of the New York City District Council of Carpenters Pension <u>Fund, et al. v. Nastasi Maintenance & Construction LLC</u>, 25 CV 3578 (RMB)***

Dear Judge Berman:

  This firm represents the Petitioners in the above-referenced case. We write pursuant to the Court's May 6, 2025 Initial Conference Order, which directed the parties to appear for an initial conference on June 17, 2025 (ECF Doc. No. 8.) Petitioners respectfully request a thirty (30) day adjournment of the initial conference. This is the first request for an adjournment.

  After the Initial Conference Order was issued, Respondent Nastasi Maintenance & Construction LLC contacted this firm to discuss settlement, and the parties have come close to an agreement. Therefore, we respectfully request a thirty (30) day adjournment of the initial conference in order to allow the parties to continue to negotiate and potentially finalize a settlement. If the parties do not reach an agreement, the Petitioners will proceed with litigation.

  We thank the Court for its time and attention to this matter.

          Respectfully submitted,

         */s/ Lillianna R. Iorfino*
         Lillianna R. Iorfino, Esq.
         *Attorney for Petitioners*

cc: Nastasi Maintenance & Construction LLC
   50 Rockefeller Plaza, Sub. Mezz
   New York, New York 10020
   jim@nastasigroup.com

---

Application granted. Initial conference adjourned to August 5, 2025 at 9:30 a.m. in Courtroom 17B.

SO ORDERED:
Date: 6/13/2025
Richard M. Berman, U.S.D.J.