

**MEMO ENDORSED**

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile:  (212) 943-9082

**Lillianna R. Iorfino**
Associate
liorfino@vandallp.com

July 30, 2025

<u>VIA ECF</u>

Hon. Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007

Re: ***<u>Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Nastasi Maintenance & Construction LLC</u>*, 25 CV 3578 (RMB)**

Dear Judge Berman:

    This firm represents the Petitioners in the above-referenced case. We write pursuant to the Court's May 6, 2025 Initial Conference Order, which directed the parties to appear for an initial conference on June 17, 2025 (ECF Doc. No. 8.) Petitioners requested a thirty (30) day adjournment of the initial conference and on June 13, 2025, this Court so-ordered that the initial conference be adjourned to August 5, 2025 (ECF Doc. No. 12).

    After the initial conference was adjourned to August 5, 2025, Respondent Nastasi Maintenance & Construction LLC and Petitioners have come close to an agreement. The next meeting at which the Trustees would approve any settlement is September 2, 2025. Therefore, we respectfully request a forty-five (45) day adjournment of the initial conference in order to allow the parties to continue to negotiate and finalize a settlement if one is approved. This is the second request for an adjournment.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

<u>/s/ Lillianna R. Iorfino</u>
Lillianna R. Iorfino, Esq.
*Attorney for Petitioners*

cc: Nastasi Maintenance & Construction LLC
50 Rockefeller Plaza, Sub. Mezz
New York, New York 10020
jim@nastasigroup.com

The initial conference is adjourned to Wednesday, September 10, 2025 at 9:00 a.m. in Courtroom 17B.

SO ORDERED:
Date: 7/30/2025
Richard M. Berman, U.S.D.J.