UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                        Petitioners,

v.

NASTASI MAINTENANCE & CONSTRUCTION LLC,

                        Respondent.

25 Civ. 3578 (RMB)

**ORDER**

---

The initial conference scheduled for Wednesday, September 10, 2025, has been rescheduled to Tuesday, October 14, 2025, at 11:00 a.m. and will be in person in Courtroom 17B.

Dated: September 2, 2025
New York, New York

                                                            /s/ RMB
                                             RICHARD M. BERMAN, U.S.D.J.